**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

GREGORIO JOSE CORREA PEREZ,

Petitioner,

v. Case No. 2:26-cv-03273 KWR-GJF

WARDEN, *Otero County Processing Center*,
MARY DE ANDA-YBARRA, *Field Office Director, El Paso,*
*U.S. Immigration and Customs Enforcement,*
ACTING DIRECTOR*,*
*Immigration and Customs Enforcement,*
TODD BLANCHE, *U.S. Attorney General, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department*
*of Homeland Security*,

Respondents.

**ORDER**

**THIS MATTER** comes before the Court on Petitioner's Motion to Alter or Amend Judgment (Doc. 14). Petitioner asserts in part that he was not provided an opportunity to submit a reply brief. But he did not file his proposed reply brief. The Court directs Petitioner to file his reply brief within fourteen (14) days of the entry of this order. Alternatively, if his Motion to Alter Judgment (Doc. 14) contains all arguments or evidence he would have presented in his reply brief, he may say so.

**IT IS SO ORDERED.**

____________/S/______________________
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE